UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MICHAEL CATO

             Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2021_____
```

21 Cr. 498 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      The Court will hold a substitution of counsel hearing for Defendant Michael Cato on **December 2, 2021**, at **1:00 p.m.,** using the Court's videoconferencing system.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via video.  <u>The Government should not attend.</u>

      SO ORDERED.

Dated: November 30, 2021
      New York, New York

                       _____
                         ANALISA TORRES
                  United States District Judge