UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL CATO,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2021_

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for December 6, 2021, is ADJOURNED to **February 15, 2022**, at **11:00 a.m.**

    Time until February 15, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue reviewing discovery and for the parties to discuss a possible pretrial disposition of this matter.

    The Clerk of Court is directed to STRIKE ECF No. 56.

    SO ORDERED.

Dated: December 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge