LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946
15 Chester Avenue  / White Plains, New York  106[..]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2022__

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

February 11, 2022

**BY ECF AND EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
Torres_NYSDChambers@nysd.uscourts.gov

    **RE:**   *United States v. McLarty (Michael Cato), 21-cr-498* **(AT)**

Dear Judge Torres:

    Your Honor appointed me as substitute counsel for Michael Cato, and a conference is scheduled in this matter on February 15, 2022.  I have met with Mr. Cato, and I after consulting with the Government, I anticipate that there will be a pretrial disposition.  The parties need additional time, however, to assemble the new paperwork and prepare for a change of plea proceeding.  Accordingly, with the consent of the Government, I am writing to request an adjournment of approximately 30 days and consent to the exclusion of time from the Speedy Trial calculation.

    GRANTED.  The status conference scheduled for February 15, 2022, is ADJOURNED to **April 12, 2022**, at **12:00 p.m.**  Time until April 12, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to reach a possible pretrial resolution of this matter.

    SO ORDERED.

Dated: February 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge

Admitted:  NY, CT, DC