USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL CATO,
                Defendant.

21 Cr. 498-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter shall begin on **November 14, 2022**, at **9:00 a.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly,

1. The parties shall file any motions *in limine* by **October 3, 2022**. The parties shall file any opposition to any motions *in limine* by **October 14, 2022**.

2. The parties shall submit joint proposed voir dire questions, requests to charge, and verdict forms by **October 3, 2022**. For any proposed voir dire question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed voir dire questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection. In addition, the parties shall e-mail these materials, as Microsoft Word documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list, and two sets of pre-marked documentary exhibits and Section 3500 material assembled sequentially in a loose leaf binder, or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. The final pretrial conference shall be held on **November 10, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

5. For the reasons stated on the record at the July 7, 2022 conference, time under the Speedy Trial Act is excluded until **November 14, 2022.**

SO ORDERED.

Dated: July 8, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge