```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　　　-against-

MICHAEL CATO

　　　　　　　　　Defendant.

21 Cr. 498 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court will hold a change of plea hearing for Defendant, Michael Cato, on **February 14, 2023**, at **4:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

　　SO ORDERED.

Dated: January 31, 2023
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge