UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL CATO

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/9/2023_____

21 Cr. 498-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to terminate the motion at ECF No. 100.

SO ORDERED.

Dated: February 9, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge