```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MICHAEL CATO

               Defendant.

21 Cr. 498-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for July 5, 2023, is ADJOURNED to **September 5, 2023**, at **1:00 p.m.**

    SO ORDERED.

Dated: May 8, 2023
       New York, New York

                              ANALISA TORRES
                           United States District Judge