```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023

-against-

MICHAEL CATO,
                Defendant.

21 Cr. 498-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for September 5, 2023, is ADJOURNED to **October 31, 2023**, at **2:00 p.m.**

      SO ORDERED.

Dated: August 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge